ORIGINAL



FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 MAR 21 P 1:27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

WON BOK LEE,

Plaintiff,

v.

Case No.: JFM-01-CV-3800

WON SUN LEE,
STEVE WOO-SHIK LEE,
and
KYUNG HEE LEE,

Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Mary Fran Ebersole, am a member in good standing of the bar of the State of Maryland. My bar number is 08729. I am moving for the admission of Beth V. McMahon to appear *pro hac vice* in this case as counsel for Won Bok Lee.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following state courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | 10/15/96 |
| United States District Court for the Eastern District of Virginia | 11/22/96 |
| United States Circuit Court for Appeals for the Fourth Circuit | 05/24/99 |

2. During the twelve (12) months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended or denied admission to practice law in any jurisdiction.



4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court and understands that she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

7. The applicable fee of $50 for admission *pro hac vice* is enclosed.

Respectfully submitted,

MOVANT:

Signature

Mary Frances Ebersole
Printed Name

Tydings & Rosenberg
Firm

100 East Pratt Street
Baltimore, Maryland 21202
Address

(410) 752-9754
Telephone Number

(410) 727-5460
Fax Number

PROPOSED ADMITTEE:

Signature

Beth V. McMahon
Printed Name

Prid 283571
Plid 85511

Kaufman & Canoles, P. C.
Firm

2000 Bank of America Center
One Commercial Place (23510)
Post Office Box 3037
Norfolk, Virginia 23514
Address

(757) 624-3010
Telephone Number

(757) 624-3169
Fax Number

*************************************************************************

**ORDER**

☑ **GRANTED** ☐ **DENIED**

March 27, 2002
Date

United States District Judge