IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WON BOK LEE | * | |
|     Plaintiff | * | |
| v. | * | Case No. JFM-01-CV-3800 |
| WON SUN LEE, et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Enlarge Time to Serve Defendant Kyung Hee Lee filed by the Plaintiff Won Bok Lee, any response thereto, and any hearing thereon, it is this ____ day of _____, 2002, by the United States District Court for the District of Maryland, ordered:

(1) That the Motion to Enlarge Time to Serve Defendant Kyung Hee Lee be, and the same hereby is, granted;

(2) That the time for plaintiff to serve defendant, Kyung Hee Lee, with a copy of the summons and complaint be, and the same hereby is, extended through and including August 6, 2002; and

(3) That the Clerk of the Court shall mail a copy of this Order to all parties.

                                                    J. Frederick Motz, Judge

295041/L04652.047579