

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 23  A 11: 20

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
Northern Division

WON BOK LEE                          *

       Plaintiff              *

v.                                   *       **Case No.:  JFM-01-CV-3800**

WON SUN LEE,                         *
STEVE WOO-SHIK LEE,
and                                  *
KYUNG HEE LEE
                                     *

      Defendants
*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

Upon consideration of the Motion for Sanctions for Failure of Discovery filed by

plaintiff, any response thereto, and any hearing thereon, it is this _23rd_ day of

_July_____, 2002, by the United States District Court for the District of Maryland,

ordered:

(1)    That the Motion for Sanctions for Failure of Discovery be, and the same hereby

is, granted;

(2)    That judgment by default be, and the same hereby is, entered in favor of plaintiff

and against defendants, Won Sun Lee and Steve Woo-Shik Lee, jointly and severally, in the

amount of $141,059.44 principal, attorneys' fees of $499.50, plus court costs, with post-

judgment interest to run at the legal rate from the date of this Order;

(3)    That the Clerk of this Court shall mail a copy of this Order to all parties.

                              _____
                              J. Frederick Motz, Judge

303362/L04652.047579