IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -8  P 12: 00

BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| **WON BOK LEE** | * | |
|     **Plaintiff** | * | |
| v. | * | Case No. JFM-01-CV-3800 |
| **WON SUN LEE, et al.** | * | |
|     **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Enlarge Time to Serve Defendant Kyung Hee Lee filed by the Plaintiff Won Bok Lee, any response thereto, and any hearing thereon, it is this _8th_ day of _August_, 2002, by the United States District Court for the District of Maryland, ordered:

(1) That the Motion to Enlarge Time to Serve Defendant Kyung Hee Lee be, and the same hereby is, granted;

(2) That the time for plaintiff to serve defendant, Kyung Hee Lee, with a copy of the summons and complaint be, and the same hereby is, extended through and including December 4, 2002; and

(3) That the Clerk of the Court shall mail a copy of this Order to all parties.

_____
J. Frederick Motz, Judge

295041/L04652.047579