IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WON BOK LEE | * | |
|    Plaintiff | * | |
| v. | * | Case No. JFM-01-CV-3800 |
| WON SUN LEE, et al. | * | |
|    Defendants | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## MOTION TO WITHDRAW APPEARANCE
## AND TO ENTER NEW APPEARANCE OF COUNSEL

Pursuant to Local Rule 101, Mary Fran Ebersole, Lee B. Rauch, and Tydings & Rosenberg LLP, request leave of Court to withdraw their appearance on behalf of Plaintiff, Won Bok Lee, and Abraham L. Adler, Esquire, Abraham L. Adler, P.A., moves to enter his appearance in this action on behalf of Plaintiff, Won Bok Lee.

_____
Mary Fran Ebersole
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
(410) 752-9700

_____
Abraham L. Adler
Abraham L. Adler, P.A.
36 S. Charles Street
Suite 1910
Baltimore, Maryland 21201
(410) 752-0066

_____
Lee B. Rauch
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
(410) 752-9700

    Approved and Entered as an Order of Court this _____ day of _____, 2003, by the United States District Court for the District of Maryland.

_____
Judge J. Frederick Motz

336914/L04652.047579