ATTORNEYS AT LAW
**TYDINGS & ROSENBERG** LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

www.tydingslaw.com

**LEE B. RAUCH**
410/752-9745
lrauch@tydingslaw.com

April 8, 2003

The Honorable J. Frederick Motz
United States District Judge
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Civil No. JFM-01-3800
                Won Bok Lee v. Won Sun Lee, et al.

Dear Judge Motz:

      This letter constitutes the status report you requested by letter dated March 25, 2003. As you may recall, on or about July 23, 2002, this Court entered default judgment against two of the three defendants, Won Sun Lee and Steve Woo-Shik Lee, jointly and severally, because of their many failures of discovery. Shortly thereafter, the Court extended the time for plaintiff to serve the third defendant, Kyung Hee Lee, the wife of Steve Woo-Shik Lee, because of her evasion of service.

      After the entry of judgment against the first two defendants, plaintiff began gathering information to be used to execute on the judgment. In the meantime, plaintiff has been exploring the possibility of obtaining new counsel to handle his collection efforts. He has recently retained Abraham L. Adler, Esquire, to handle these activities. Accordingly, contemporaneously with the filing of this letter, counsel are filing a notice to strike the appearance of Mary Fran Ebersole, Lee B. Rauch, and Tydings & Rosenberg LLP, and to enter Abraham L. Adler's appearance on behalf of the plaintiff.

      The plaintiff is now ready, willing, and able to continue the prosecution of this case. It has come to the attention of counsel that one of the defendants, Steve Woo-Shik Lee, may have filed a bankruptcy petition, and plaintiff intends to investigate that before taking further action as against that defendant. The plaintiff has been of the understanding that his process server was able to successfully serve the third defendant, Kyung Hee Lee, within the deadline established by this Court, based on what the process server told counsel. Counsel, however, only just found out

ATTORNEYS AT LAW

## TYDINGS & ROSENBERG LLP

The Honorable J. Frederick Motz
April 8, 2003
Page 2

that for whatever reason, the process server did not file the necessary affidavit of service with the Court. Counsel has been attempting to contact the process server to correct this. If that is unsuccessful, plaintiff is prepared to do whatever is reasonably necessary to redress this. He then intends to move for a default judgment against Ms. Lee for failing to answer within the time allowed by Maryland law and to continue collection efforts in accordance with all applicable law. It is our hope that this provides you with sufficient information regarding the status of this case. If you have any questions, please let us know.

Very truly yours,

Mary Fran Ebersole

Lee B. Rauch

LBR:sh

cc:   Abraham L. Adler, Esquire

336900/L04652.047579