UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 29, 2003

Abraham L. Adler, Esq.
36 S. Charles St., Suite 1910
Baltimore, MD 21201

    Re: Won Bok Lee v. Won Sun Lee, et al.
       Civil No. JFM-01-3800

Dear Mr. Adler:

    I have reviewed your motion to enlarge time to serve defendant Kyung Hee Lee.

    The motion is granted. The time for plaintiff to serve defendant Kyung Hee Lee is extended to an including June 24, 2003.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                        Very truly yours,

                        /s/

                        J. Frederick Motz
                        United States District Judge