| | | |
|---|---|---|
| WON BOK LEE  Plaintiff | * | UNITED STATES |
| vs. | * | DISTRICT COURT |
| WON SUN LEE et al  Defendant | * | DISTRICT OF MARYLAND |
| | * | CASE # JFM-01-CV-3800 |

FILED ___ ENTERED
LODGED ___ RECEIVED
JUN 1 7 2003
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## RETURN OF PRIVATE PROCESS SERVICE

I HEREBY CERTIFY I executed service of process upon:

Name:   KYUNG HEE LEE

Of: (address) :   2601 JONATHAN ROAD
                  ELLICOTT CITY, MARYLAND 21042

DATE:  06/09/03   TIME:  9:50 p m

BY HAND DELIVERY

by serving the following Pleadings/Papers:

1. SUBPOENA IN A CIVIL CASE
2. ATTACHMENTS

I FURTHER CERTIFY that I am over eighteen (18) years of age and not a party to the action.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing document are to the best of my knowledge, information and belief.

Name:     DONNELL PARKER- MPPS
Address:  11433 Pulaski Hwy., Suite 12
          White Marsh, MD  21162
Phone #   (410) 344-1220

Sworn and subscribed to me this 9th day of June, 2003.

Signature:  Rebekah Galt Wilson
Notary Public
My Commission Expires 01 June 2006.

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 17 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

WON BOK LEE
    Plaintiff
        V.
WON SUN LEE, et al.
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE    JFM-01-CV-3800

TO:    KYUNG HEE LEE
        2601 Jonathan Road
        Ellicott City, MD 21042

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Abraham L. Adler, Esquire
    36 S. Charles St., Suite 1910
    Baltimore, MD 21201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                  5/19/03
CLERK                                                DATE

(By) DEPUTY CLERK