IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WON BOK LEE | * | |
|     Plaintiff | | |
| | * | |
|     v. | | Civil Action No.: JFM-01-3800 |
| | * | |
| KYUNG HEE LEE | | |
|     Defendant | * | |

******

**ORDER**

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this <u>25th</u> day of July, 2003,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

                                                                                  /s/
                                                          J. Frederick Motz
                                                          United States District Judge