IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WON BOK LEE

    Plaintiff(s)

v.

KYUNG HEE LEE

    Defendant(s)

Case No. JFM-01-CV-3800

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an Order of Default for want of answer or other defense was made on __October 16, 2003__, as to Defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on __June 9, 2003__; therefore, it is this _23rd_ day of __October__, 20 _03_, by the United States District Court for the District of Maryland,

**ORDERED and ADJUDGED**, that Judgment by Default be and the same is entered in favor of Plaintiff against Defendant for the sum of __One Hundred Forty-One Thousand Fifty Nine Dollars and Forty-Four Cents__ $ __141,059.44__, with interest and costs

J. Frederick Motz
UNITED STATES DISTRICT JUDGE